UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: §
§
CODY, AMANDA D § Case No. 12-15000 TMW
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2012. The undersigned trustee was appointed on 10/10/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   2,875.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3.60 |
   | Bank service fees | 120.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]       $   2,751.40

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  05/22/2013  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 718.75 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 718.75 , for a total compensation of $ 718.75 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 15.95 , for total expenses of $ 15.95 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2014          By:/s/JOEL HALL, TRUSTEE
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| Case No: | 12-15000  TMW   Judge: T.M. WEAVER | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | CODY, AMANDA D | Date Filed (f) or Converted (c): | 10/10/12 (f) |
| | | 341(a) Meeting Date: | 11/13/12 |
| For Period Ending: | 04/03/14 | Claims Bar Date: | 05/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3004 S.E. 20TH ST. OKLAHOMA CITY, OK  73115 LOT 19 | 76,884.00 | 0.00 | | 0.00 | FA |
| MORTGAGE HELD BY BANK OF AMERICA $72,618.00. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 2. BANK OF OKLAHOMA CHECKING ACCOUNT | 1,200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. FURNITURE | 1,800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. CLOTHING | 800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 401K | 1,200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. 2004 CHEVROLET TRACKER | 7,000.00 | 0.00 | | 0.00 | FA |
| LIEN HELD BY BANK OF THE WEST $2600.00. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. TAX REFUNDS (u) | 0.00 | 2,875.00 | | 2,875.00 | FA |
| 78% of 2012 refunds or $2875.00 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $88,884.00     $2,875.00     $2,875.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 11, 2013, 09:53 am TRUSTEE ASSERTING INTEREST IN 78% OF 2012 REFUNDS OR $2,875.00.

April 24, 2013, 08:25 am ORDER  TO EMPLOY COUNSEL.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-15000   TMW   Judge: T.M. WEAVER | Trustee Name: | JOEL HALL, TRUSTEE |
| Case Name: | CODY, AMANDA D | Date Filed (f) or Converted (c): | 10/10/12 (f) |
| | | 341(a) Meeting Date: | 11/13/12 |
| | | Claims Bar Date: | 05/22/13 |

July 23, 2013, 09:20 am  - TRUSTEE FEE APP TO AUST FOR REVIEW.

March 24, 2014, 08:24 am ORDER APPROVING TRUSTEE FEES.

March 25, 2014, 03:30 pm  - FINAL REPORT TO AUST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 05/01/14

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-15000 -TMW | Trustee Name: | JOEL HALL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CODY, AMANDA D | Bank Name: | FIRST NATIONAL BANK OF VINITA |
|  |  | Account Number / CD #: | *******1484 Checking - Non Interest |
| Taxpayer ID No: | *******5652 |  |  |
| For Period Ending: | 04/03/14 | Blanket Bond (per case limit): | $ 7,385,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/20/13 | 7 | AMANDA CODY | TAX REFUNDS | 1224-000 | 2,875.00 |  | 2,875.00 |
| 04/05/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,865.00 |
| 05/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,855.00 |
| 06/05/13 | 010001 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 3.60 | 2,851.40 |
|  |  | 701 POYDRAS STREET, SUITE 420 |  |  |  |  |  |
|  |  | NEW ORLEANS, LA 70139 |  |  |  |  |  |
| 06/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,841.40 |
| 07/08/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,831.40 |
| 08/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,821.40 |
| 09/09/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,811.40 |
| 10/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,801.40 |
| 11/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,791.40 |
| 12/06/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,781.40 |
| 01/08/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,771.40 |
| 02/07/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,761.40 |
| 03/07/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,751.40 |

|  | COLUMN TOTALS | 2,875.00 | 123.60 | 2,751.40 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 2,875.00 | 123.60 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 2,875.00 | 123.60 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking - Non Interest - ********1484 | 2,875.00 | 123.60 | 2,751.40 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 2,875.00 | 123.60 | 2,751.40 |
|  | ============ | ============ | ============ |
|  | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    2,875.00    123.60

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-15000 -TMW | Trustee Name: | JOEL HALL, TRUSTEE |
|---|---|---|---|
| Case Name: | CODY, AMANDA D | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******1484  Checking - Non Interest |
| Taxpayer ID No: | *******5652 | | |
| For Period Ending: | 04/03/14 | Blanket Bond (per case limit): | $ 7,385,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - Non Interest - ********1484 | | Transfers) | To Debtors) | On Hand |

Page Subtotals    0.00    0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 03, 2014 |

Case Number: 12-15000
Debtor Name: CODY, AMANDA D

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA  70139 | Administrative | | $3.60 | $3.60 | $0.00 |
| 000001 070 7100-00 | Tulsa Teachers Credit Union POB 4999 Tulsa OK 74159 | Unsecured | | $11,088.38 | $0.00 | $11,088.38 |
| 000002 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $10,728.76 | $0.00 | $10,728.76 |
| 000003 070 7100-00 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014-2904 | Unsecured | | $6,629.14 | $0.00 | $6,629.14 |
| 000004 070 7100-00 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $2,046.86 | $0.00 | $2,046.86 |
| 000005 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $3,177.45 | $0.00 | $3,177.45 |
| | Case Totals: | | | $33,674.19 | $3.60 | $33,670.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15000 TMW
Case Name: CODY, AMANDA D
Trustee Name: JOEL HALL, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 2,751.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOEL HALL, TRUSTEE | $ 718.75 | $ 0.00 | $ 718.75 |
| Trustee Expenses: JOEL HALL, TRUSTEE | $ 15.95 | $ 0.00 | $ 15.95 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.60 | $ 3.60 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 734.70 |
| Remaining Balance | $ 2,016.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,670.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tulsa Teachers Credit Union<br>POB 4999<br>Tulsa OK 74159 | $ 11,088.38 | $ 0.00 | $ 664.14 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,728.76 | $ 0.00 | $ 642.60 |
| 000003 | Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora CO 80014-2904 | $ 6,629.14 | $ 0.00 | $ 397.05 |
| 000004 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ 2,046.86 | $ 0.00 | $ 122.60 |
| 000005 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 3,177.45 | $ 0.00 | $ 190.31 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,016.70 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE